MARGARET HART EDWARDS, Bar No. 65699
Email: mhedwards@littler.com
PHILIP L. ROSS, Bar No. 90042
Email: plross@littler.com
BETHANY A. VASQUEZ, Bar No. 209423
Email: bvasquez@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendants
M. PLEASANTON, INC., dba McDONALD'S
& M. BERNAL, INC.

TOMAS E. MARGAIN, Bar No. 193555
Email: marginlaw@hotmail.com
DAL BON & MARGAIN, APC
28 North 1st, Suite 210
San Jose, CA 95113
Telephone: 408.297.4729

Attorneys for Plaintiff
LISA MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liza Martinez,<br><br>Plaintiff,<br><br>v.<br><br>M. Pleasanton, Inc. dba McDonald's; M. Bernal, Inc.<br><br>Defendants. | Case No. C09 00632 VRW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: February 12, 2009<br>First Amended:<br>Complaint Filed: June 12, 2009<br>Trial Date: No date set. |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

Stipulation and Order Continuing Case Management Conference

C09 00632 VRW

In order to facilitate discussions between the parties about possible resolution of this case, the parties stipulate and request entry of an order continuing the Case Management Conference in the case from August 20, 2009 to September 10, 2009 at 3:30 PM.

Dated: August 14, 2009

MARGARET HART EDWARDS
PHILIP L. ROSS
BETHANY A. VASQUEZ
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
M. PLEASANTON, INC. dba McDONALD'S
& M. BERNAL, INC.

Dated: August 14, 2009

TOMAS E. MARGAIN
DAL BON & MARGAIN, APC
Attorneys for Plaintiff
LISA MARTINEZ

IT IS ORDERED that the Case Management Conference in this case formerly scheduled for August 20, 2009 at 3:30 PM is continued to September 10, 2009 at 3:30 PM.

Dated: Aug. 17, 2009

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Vaughn R Walker

VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

Firmwide:91535597.1 062076.1001