TOMAS E. MARGAIN (Bar No. 193555)
DAL BON & MARGAIN, APC
28 North 1st, Suite 210
San Jose, CA 95113
Telephone: (408) 297-4729
Facsimile: (408) 297-4728
margainlaw@hotmail.com

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liza Martinez<br>　　　　Plaintiff,<br>　　vs.<br>M. Pleasanton, INC. dba McDonald's; M. Bernal, Inc.<br>　　　　Defendants | Case No.  C 09 00632 VRW<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Fed. R. Civ. Pro. 41(a)(1), plaintiff Liza Martinez hereby dismisses the entire action, including the First Amended Complaint and defendants M. Pleasanton, INC. dba McDonald's and M. Bernal, Inc. with prejudice.  The Court may close the file as the matter has fully settled.  Each party is to bear its own costs and fees.

　　　　　　　　　　　　　　　　　　　　DAL BON & MARGAIN

*Date*　　　　November 4, 2009　　　　/s/ Tomas E. Margain

　　　　　　　　　　　　　　　　　　　　Tomas E. Margain

977666.2

1

**PLAINTIFF'' NOTICE OF DISMISSAL WITH PREJUDICE**